# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| | ) | Case No. 4:09MJ1014-DAS |
| Roger Weiner | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 05/17/2009 [02/21/2009] in the county of Coahoma [Tunica] in the Northern District of Mississippi, the defendant violated Title 18 U.S.C. § 2422(a), an offense described as follows:

knowingly persuading, inducing and enticing individuals to travel in interstate commerce to engage in prostitution, and attempting to do so, in violation of Title 18, United States Code, Section 2422(a).

This criminal complaint is based on these facts:
See attached Affidavit in Support of Criminal Complaint.

☒ Continued on the attached sheet.

*Complainant's signature*

Justin K. Newsome, Special Agent, F.B.I.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/18/2009

*Judge's signature*

City and state: Greenville, Mississippi

David A. Sanders, United States Magistrate Judge
*Printed name and title*